UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| KACEY LEWIS, | : | |
| Plaintiff, | : | No. 3:17-CV-1764 (VLB) |
| v. | : | |
| | : | DECEMBER 10, 2018 |
| SCOTT ERFE et al., | : | |
| Defendants. | : | |

## ORDER

The Department of Correction reports that nurse Elizabeth (Kate) Barnes was not working during the incident described in Plaintiff's complaint and returned the Waiver of Service unexecuted. Thus, the Court is unable to effect service on this defendant.

Plaintiff is directed to review the unexecuted Waiver of Service and obtain the correct name of the nurse working during the incident described in Plaintiff's complaint. Plaintiff is further directed to file a notice with that information.

IT IS SO ORDERED.

_____/s/_____
Hon. Vanessa L. Bryant
United States District Judge

Dated at Hartford, Connecticut: December 10, 2018.