UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KACEY LEWIS,  : DOCKET NO. 3:17-CV-1764-VLB
   Plaintiff :
   v. :
SCOTT ERFE, ET AL :
   Defendants : AUGUST 14, 2020

<u>PLAINTIFF'S MOTION CONCERNING SERVICE OF COMPLAINT re: KATE BARNAS</u>

   The Plaintiff Kacey Lewis, Pro Se submits this motion to provide the Court with Defendant Kate Barnas' address in order for the U.S. Marshal to serve process. Service of the complaint may be made on the Defendant Kate Barnas at Dep't of Correction, 24 Wolcott Hill Road, Wethersfield, CT 06109.

THE PLAINTIFF

<u>August 14, 2020</u>
date

   Kacey Lewis
   Kacey Lewis, Pro Se
   Prisoner No. 165480
   Cheshire Correctional Institution
   900 Highland Ave
   Cheshire, CT 06410
   Tel: (203) 651-6100
   Fax: None
   E-mail: None

PROOF OF FILING AND SERVICE

   I, Kacey Lewis, hereby declare under the penalty of perjury that on August 18th, 2020, I hand delievred the foregoing to prison staff to be filed electronically to the District Court's Clerk's Office. Parties should have access to this filing through the Court's System.

Executed on August 18th, 2020

Kacey Lewis
Kacey Lewis

SCANNED at Cheshire and Emailed CT 8/18/20 by [initials] / pages
date   initials   No.